NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1255, -1256

DIGITAL IMPACT, INC.,

Plaintiff-Appellant,

v.

BIGFOOT INTERACTIVE, INC.,

Defendant-Cross Appellant.

Thomas E. Moore, III, The Moore Law Group, of Palo Alto, California, argued for plaintiff-appellant.

Arthur M. Dresner, Duane Morris LLP, of New York, New York, argued for defendant-cross appellant.  With him on the brief were Robert L. Byer, and Matthew C. Mousley, of Philadelphia, Pennsylvania.

Appealed from:  United States District Court for the Northern District of California

Judge Saundra Brown Armstrong

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1255, -1256

DIGITAL IMPACT, INC.,

Plaintiff-Appellant,

v.

BIGFOOT INTERACTIVE, INC.,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

in CASE NO(S).     05-CV-0636

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LOURIE, SCHALL, and GAJARSA, Circuit Judges).

    AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 10, 2009       /s/ Jan Horbaly
Jan Horbaly, Clerk